Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| LYNETTE CONSTABLE, | Case No.: 2:09-cv-01624-MHB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | |
| Defendant. | |

NOW COMES the Plaintiff, LYNETTE CONSTABLE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                     Respectfully Submitted,

DATED: November 24, 2009        KROHN & MOSS, LTD.


                                     By: /s/ Ryan Lee                              _

                                          Ryan Lee
                                          Attorney for Plaintiff

- 1 -

Notice of Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Notice of Settlement