1
2
3
4
5
6                   IN THE UNITED STATES DISTRICT COURT
7                      FOR THE DISTRICT OF ARIZONA
8
9   Lynette Constable,                )   CIV-09-1624-PHX-MHB
                                       )
10              Plaintiff,             )   **ORDER**
                                       )
11  vs.                                )
                                       )
12  Portfolio Recovery Associates, LLC,)
                                       )
13              Defendant.             )
    _____)
14
15        The Court having been advised that this matter has settled,
16        **IT IS ORDERED** that this action will be dismissed by the Clerk's Office 45 days
    from the date of this Order and without further notice to the parties unless prior thereto a
17  judgment or order of dismissal is entered.
18        DATED this 2nd day of December, 2009.
19
20
21                                     Michelle H. Burns
22                                     United States Magistrate Judge
23
24
25
26
27
28